DAVID B. L. BREED, APPELLEE, V. VIOLET MCCOY ET AL., APPELLEES, IMPLEADED WITH JOHN FITZGERALD ET AL., APPELLANTS.

FILED JANUARY 2, 1895. No. 5724.

**Res Adjudicata.** The facts and the questions of law involved in this case are the same as in *Butler v. Fitzgerald*, 43 Neb., 192, and on the authority of the latter case the judgment of the district court rendered in this case is affirmed.

. APPEAL from the district court of Lancaster county. Heard below before TIBBETS, J.

*Marquett, Deweese & Hall,* for appellants.

*Stewart & Munger* and *Leese & Starling, contra.*

RAGAN, C.

The facts in this case and the questions of law involved are the same as in *Butler v. Fitzgerald,* 43 Neb., 192, decided at this term, and on the authority of the latter case the judgment of the district court rendered herein is

AFFIRMED.